IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID E. LEHMAN, Special Administrator of the estate of Julie A. Lehman, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:09CV5007 |
| V. | ) ) | |
| WAL-MART STORES, INC., | ) ) | **JUDGMENT** |
| Defendant. | ) ) ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 85) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed with prejudice, with each party to pay its own costs.

February 17, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge